IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| ALANA VALERIE SHELDON, ) | |
| ) | |
| Plaintiff, ) | C.A. No: |
| ) | |
| v. ) | |
| ) | |
| TRANS UNION LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant, Trans Union LLC ("TRANS UNION"), pursuant to 28 U.S.C. §§1441 and 1446, hereby files this Notice of Removal of this action from the Circuit Court for Montgomery County, Maryland (the "State Court"), wherein it is now pending as Case No. 289343-V (the "State Court Action"), to this Court. In support hereof, TRANS UNION shows this Court as follows:

1. The State Court Action was initiated by the filing of Plaintiff's Complaint and Jury Trial Demand (hereafter, the "Complaint") on November 29, 2007 in the State Court, entitled <u>Alana Valerie Sheldon v. Trans Union LLC</u>.

2. TRANS UNION first received Plaintiff's Complaint on December 10, 2007, through service on TRANS UNION's registered agent for service of process. (Exhibit "A.")

3. Removal is timely because 30 days have not elapsed since TRANS UNION received Plaintiffs' Complaint, the initial pleading setting forth the grounds for Plaintiff's action and her claims for relief.

4. A copy of all process, pleadings, and orders served upon TRANS UNION in the State Court Action is attached hereto as Exhibit "B."

5. Pursuant to 28 U.S.C. §1441, this Court has original jurisdiction over the State Court Action because Plaintiff's Complaint alleges a claim arising under 15 U.S.C. §1681, *et seq.*, the federal Fair Credit Reporting Act ("FCRA"). (Exhibit "B.")

6. This Court has original jurisdiction over FCRA claims without regard to the amount in controversy, pursuant to 15 U.S.C. §§1681p and 1692k and 28 U.S.C. §1331.

7. The State Court is within this Court's district and division.

8. Promptly after the filing of this Notice of Removal, TRANS UNION shall provide notice of removal to Plaintiff and to the Clerk of the State Court, as required by 28 U.S.C. § 1446(d).

WHEREFORE, TRANS UNION prays that the State Court Action be removed to this Court.

Respectfully submitted,

GOHN, HANKEY & STICHEL, LLP

H. Mark Stichel, Esq.
Bar No. 02939
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
Telephone: (410) 752-9300
Fax: (410) 752-2519
Email: hmstichel@ghsllp.com

*Counsel for Trans Union LLC*

DATED: January 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

| | |
|---|---|
| ALANA VALERIE SHELDON, ) | |
| ) | |
| Plaintiff, ) | C.A. No: |
| ) | |
| v. ) | |
| ) | |
| TRANS UNION LLC, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

H. MARK STICHEL, hereby certifies that he caused a true and correct copy of the foregoing NOTICE OF REMOVAL to be sent on this date, *via* U.S. Mail, postage prepaid, to the following:

Michael C. Worsham, Esq.
1916 Cosner Road
Forest Hill, MD 21050-2210
*Counsel for Plaintiff*

_____
H. MARK STICHEL

DATED: January 7, 2008